SARAGOSSA, The (HUSSEY v.). See Case No. 6,949.

═══

## Case No. 12,337.

### The SARAH.

[Blatchf. Pr. Cas. 195.] [1]

District Court, S. D. New York.   July 28, 1862.

PRIZE—ENEMY PROPERTY.

Vessel and cargo condemned as enemy property.

In admiralty.

BETTS, District Judge. The pleadings and preparatory proofs show that this vessel and cargo were enemy property, owned in Mobile, and were captured in the Gulf Stream, off Mobile and Ship Island; that in the latter place the vessel was delivered to the government, on appraisal; and that the cargo was sent to New York for adjudication. The allegations of the libel are fully sustained by the evidence, and condemnation of both vessel and cargo are decreed accordingly.